

NUMBER 13-10-00196-CR

# COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

RAUL ROBLES-ESCOBAR,                                              Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

On Appeal from the 138th District Court
of Cameron County, Texas.

## MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Benavides and Vela
Memorandum Opinion Per Curiam

Appellant, Raul Robles-Escobar, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it.   *See* TEX. R. APP. P. 42.2(a).  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained,

and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Delivered and filed the
27th day of May, 2010.